IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

D&D PROPERTIES, LLC                                                    PLAINTIFF

VS.                                     CASE NO. 08-CV-1031

USA ENVIRONMENT, LP                                                    DEFENDANT

VS.

DARRELL MADDING and ROBERT AGERTON             CROSS DEFENDANTS

ORDER OF DISMISSAL

Before the Court is a Joint Motion to Dismiss filed on behalf of all parties in the above styled and numbered case. (Doc. No. 11). The parties advise the Court that the matter has been resolved through settlement and jointly request that all causes of action be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the above styled and numbered cause be, and is hereby, **dismissed with prejudice**.

IT IS FURTHER ORDERED that if any party desires that the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order. The Court retains jurisdiction to vacate this Order and to reopen this matter upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 18th day of September, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge